*Order Entered August 7, 2003:*

WILEY V HENRY FORD COTTAGE HOSPITAL, Docket No. 233220. The Court orders, pursuant to MCR 7.215(J), that a special panel shall not be convened to resolve the conflict between this case and *Zdrojewski v Murphy,* 254 Mich App 50, 74-82; 657 NW2d 721 (2002).